UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Key Equipment Finance Inc
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06779
                                          Honorable Milton I. Shadur

Simos Cartage Co., Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum. Accordingly, as and when this action may be reduced to judgment, Key's counsel will be expected to justify its recovery in the full amounts set out in the Complaint. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.