# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 07 C 6779
KEY EQUIPMENT FINANCE INC.
v.
SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, AND
CORNELIO SIMOS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEY EQUIPMENT FINANCE INC.

| |
|---|
| NAME (Type or print)<br>Patricia E. Rademacher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patricia E. Rademacher |
| FIRM<br>Coston & Radamacher |
| STREET ADDRESS<br>105 W. Adams, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06205831 | TELEPHONE NUMBER<br>(312) 205-1005 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |