

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEY EQUIPMENT FINANCE INC.

V.

SIMOS CARTAGE CO., INC.
CORNELIUS SIMOS
CORNELIO SIMOS, SR.

CA

07CV6779
AS  JUDGE SHADUR
DE  MAGISTRATE JUDGE NOLAN
M

TO: (Name and address of Defendant)

SIMOS CARTAGE CO., INC.
385 CIMARRON W DR.
AURORA IL 60504
ATTN: CORNELIUS SIMOS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MAYSOUN IQAL
COSTON & RADEMACHER
105 W. ADAMS, SUITE 1400
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 30 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 0 3 2007

_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE _12-15-07_ |
|---|---|
| NAME OF SERVER *(PRINT)* _Anthony DeToccero_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Mrs. Simos  Wife_

G   ~~Returned unexecuted:~~ _F/W /28 yrs/ 5-6" / 110 lbs_

_____

**FILED**

Jan 2, 2008
JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

G   Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _12-15-07_ _____
         Date              Signature of Server

_22 N. LaSalle ST /100_
Address of Server
_Chgo IL 60601_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.