

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEY EQUIPMENT FINANCE INC.

V.

SIMOS CARTAGE CO., INC.
CORNELIUS SIMOS
CORNELIO SIMOS, SR.

07CV6779
JUDGE SHADUR
MAGISTRATE JUDGE NOLAN

MAGISTRATE JUDGE: _____

TO: (Name and address of Defendant)

CORNELIO SIMOS, SR.
2655 WHEATFIELD CT.
AURORA IL 60502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MAYSOUN IQAL
COSTON & RADEMACHER
105 W. ADAMS, SUITE 1400
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 03 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-19-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Nathan Otto Ceaso | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __MRS SIMOS__

☐ Returned unexecuted: __F/W/Black HR / 5-7-1__

☐ Other (specify): _____

```
        F I L E D
         Jan 2, 2008
         JAN 0 2 2008
       MICHAEL W. DOBBINS
     CLERK, U.S. DISTRICT COURT
```

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-19-07__
            Date

Signature of Server

Address of Server: __22 W. LaSalle St 1100__
__Chgo IL 60601__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.