

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEY EQUIPMENT FINANCE INC.

V.

SIMOS CARTAGE CO., INC.
CORNELIUS SIMOS
CORNELIO SIMOS, SR.

CASE NUMBER: 07CV6779
ASSIGNED JUDGE: JUDGE SHADUR
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

CORNELIUS SIMOS
385 CIMARRON DR W
AURORA IL 60504

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MAYSOUN IQAL
COSTON & RADEMACHER
105 W. ADAMS, SUITE 1400
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 3 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-19-07 |
| NAME OF SERVER (PRINT) Anthony O. Riolano | TITLE Process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mrs Simas - Wife

☐ Returned unexecuted: F/w/ 28yrs/ 5-5-/ 110/bs

☐ Other (specify): _____

FILED
Jan 2, 2008
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-19-07
Date          Signature of Server

22 N. LaSalle ST /100
Address of Server
Chgl Il 60601

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.