Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6779 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Key Equipment Finance, Inc. Vs. Simos Cartage Co., et al | | |

**DOCKET ENTRY TEXT**

Enter Order on Default Judgment. Judgment is hereby entered in favor of Plaintiff Key Equipment Finance Inc., and against Defendants Simos Cartage Co., Inc., Cornelius Simos, individually and Cornelio Simos Sr., individually in the total sum of $112,922.92.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|