

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. ) <br> ) <br> **Plaintiff,** ) <br> ) <br> ) <br> v. ) <br> ) <br> SIMOS CARTAGE CO., INC. and ) <br> CORNELIUS SIMOS, individually and ) <br> CORNELIO SIMOS, Sr. individually ) <br> ) <br> **Defendants.** ) | CASE NO.   07-CV-6779 |

### ORDER ON DEFAULT JUDGMENT

This cause coming to be heard upon Plaintiff's Motion for Default Judgment, and the Court being fully advised in the premises and having considered Plaintiff's Complaint and the Affidavit of Plaintiff's Counsel as to fees and costs, and the Court having found that Defendants were served with Summons and Complaint or waived service in the above-captioned matter and that said Defendants have failed to file an Answer or other responsive pleading to the Complaint;

**IT IS THEREFORE HEREBY ORDERED AND ADJUDGED THAT:**

1. Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, be and hereby are, held to be in default;

2. The Court finds the issues in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, and Plaintiff's Damages are hereby assessed at $108,011.22, plus $4,005.25 in fees and $906.45 in costs, for a total of $112,922.92.

3. Judgment is hereby entered in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, individually, for the sum of $112,922.92; and

4. The Court finds that there is no just reason for delaying either enforcement or appeal or both.

**IT IS SO ORDERED** this _5th_ day of March, 2008.

_____
MILTON I. SHADUR, JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

/s/ Maysoun B. Iqal
Maysoun Iqal, NDIL 005855
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010