AO 450(Rev. 5/85)Judgment in a Civil Case 

# United States District Court
## Northern District of Illinois
### Eastern Division

Key Equipment Finance, Inc.              **JUDGMENT IN A CIVIL CASE**

       v.                                     Case Number: 07 C 6779

Simos Cartage Co., et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against Defendants Simos Cartage Co., Inc., Cornelius Simos, and Cornelio Simos Sr., individually in the total sum of $112,922.92.

 

Michael W. Dobbins, Clerk of Court

Date: 3/5/2008

/s/ Sandy Newland, Deputy Clerk