UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 07 CV 6779 |
| SIMOS CARTAGE CO., INC., and CORNELIUS SIMOS, individually, and CORNELIO SIMOS, SR., individually, | ) Honorable Judge Milton I. Shadur |
| Defendants, | ) |
| FIFTH THIRD BANK, | ) |
| Third-Party Respondent. | ) |

**CERTIFICATE OF SERVICE**

To:  Fifth Third Bank                          Cornelius Simos
     Attn: Monica Morales                      385 Cimarron Dr. W
     34 S. Broadway                            Aurora, IL  60504
     Aurora, IL  60505

  I, Maysoun B. Iqal, certify that I served a copy of this Certificate of Service and attached Citation Notice and Citation to Discover Assets to Third Party, which Citation was sent via certified mail return receipt requested to Fifth Third Bank, Third-Party Respondent, on April __15__, 2008, and by causing said documents to be placed into properly addressed envelopes and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, IL  60603, with proper postage prepaid, at or before 5:00 p.m. on April __18__, 2008.

_____
Maysoun B. Iqal


Patricia E. Rademacher
Maysoun B. Iqal
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010
W:\6914 Key Equipment Finance Inc\18244 Simos Cartage Co\Pleadings\3rd-cda01.cert.doc

(11/18/93) CCG-0648

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

### CITATION NOTICE

KEY EQUIPMENT FINANCE INC.
    Judgment Creditor
        v.
SIMOS CARTAGE CO., INC. and
CORNELIUS SIMOS, individually, and
CORNELIO SIMOS, SR., individuaLLY
    Judgment Debtor

No.  07 CV 6779

Return Date  May 8, 2008

Time  2:00 p.m

FIFTH THIRD BANK
Citation Third Party Respondent

**Judgment Debtor's last known address:**

Name Cornelius Simos SS#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
Address 385 Cimarron Dr. W
City   Aurora, IL 60504
Phone

**Judgment Creditor/Creditor's Attorney:**

Name   Coston & Rademacher
Address 105 W. Adams, Suite 1400
City    Chicago, IL 60603
Phone   (312) 205-1010

Judgment in the amount of $ 112,922.92

Name of person receiving citation: Fifth Third Bank - Monica Morales

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.
THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest not to exceed $750 in value, in any implements professional books, or tools of the trade of the debtor.
(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

KEY EQUIPMENT FINANCE INC. )
         Plaintiff )   No. 07 CV 6779
      v. )
 )   Judge Milton I. Shadur
SIMOS CARTAGE CO., INC., et al )
         Defendant )
 )
FIFTH THIRD BANK )
    Citation Third Party Respondent )

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To: Fifth Third Bank, Attn: Monica Morales, Customer Service Mgr., 34 S. Broadway, Aurora, IL 60505

**YOU ARE REQUIRED** to appear and file your answer to this Citation on the form appearing on the reverse side hereof on May 8, 2008 prior to 2:00 p.m. at the offices of COSTON & RADEMACHER, 105 W. Adams, Suite 1400, Chicago, IL 60603. Judgment was entered March 5, 2008, for KEY EQUIPMENT FINANCE INC. and against SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually, and CORNELIO SIJOS, SR., individually, in the sum of $112,922.92. There is now due less credits and set off the sum of $112,922.92.

Your answer will inform the Court as to property you may hold belonging to: Cornelius Simos – SS# 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
                                                                                                        judgment debtor

**YOU ARE REQUIRED** to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation:

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he/she may be entitled or which may be acquired by or become due to him/her, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(d)(1)

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $112,922.92
2. Name of the court United States District Court for the Northern District of Illinois, Eastern Division
3. Case # 07 CV 6779

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

Attorney Name    Maysoun B. Iqal
                 Coston & Rademacher
Address          105 W. Adams, Suite 1400
                 Chicago, IL 60603
Telephone        (312) 205-1010

_____
Signature of Attorney
(OVER)

Date: _____, 20___
Deputy Clerk: _____

Michael W. Dobbins, Clerk of the Court

**CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

## RIDER TO CITATION TO DISCOVER ASSETS TO THIRD PARTY

Upon receipt of this Citation to Discover Assets to Third Party, please do the following:

1. Immediately freeze all assets in your control belonging to the Judgment Debtor pursuant to the direction of this Citation.

2. Immediately contact Maysoun B. Iqal, attorney for Plaintiff, phone number (312) 205-1010, to acknowledge receipt of the Citation.

3. Produce for examination the following documents (from the years 2005 to present):

All records of savings and checking accounts, Certificates of Deposit, Safe Deposit boxes, Accounts Receivable ledgers, Land Trusts, Inter Vivos Trusts, Loans, Mortgages, Trust Deeds, Annuities, negotiable and non-negotiable instruments in which CORNELIUS SIMOS – SS# 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 has an interest.



```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 07-CV-6779 |
| ) | |
| v. ) | |
| ) | |
| SIMOS CARTAGE CO., INC. and ) | |
| CORNELIUS SIMOS, individually and ) | |
| CORNELIO SIMOS, Sr. individually ) | |
| ) | |
| Defendants. ) | |

## ORDER ON DEFAULT JUDGMENT

This cause coming to be heard upon Plaintiff's Motion for Default Judgment, and the Court being fully advised in the premises and having considered Plaintiff's Complaint and the Affidavit of Plaintiff's Counsel as to fees and costs, and the Court having found that Defendants were served with Summons and Complaint or waived service in the above-captioned matter and that said Defendants have failed to file an Answer or other responsive pleading to the Complaint;

IT IS THEREFORE HEREBY ORDERED AND ADJUDGED THAT:

1. Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, be and hereby are, held to be in default;

2. The Court finds the issues in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, and Plaintiff's Damages are hereby assessed at $108,011.22, plus $4,005.25 in fees and $906.45 in costs, for a total of $112,922.92.

3. Judgment is hereby entered in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, individually, for the sum of $112,922.92; and

4. The Court finds that there is no just reason for delaying either enforcement or appeal or both.

IT IS SO ORDERED this _5th_ day of March, 2008.

_____
MILTON I. SHADUR, JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

/s/ Maysoun B. Iqal
Maysoun Iqal, NDIL 005855
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010