(Rev. 11/18/93) CCG-5

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

### SECOND ALIAS CITATION NOTICE

KEY EQUIPMENT FINANCE INC.
    Judgment Creditor
    v.
SIMOS CARTAGE, CO., INC., and CORNELIUS SIMOS, ind., and CORNELIO SIMOS, SR., ind.
    Judgment Debtors

No. 07 CV 6779

Return Date: May 8, 2008

Time: 2:00 p.m.

**Judgment Debtor's last known address:**

Name: Cornelio Simos, Sr.
Address: 2260 Lakeside Drive
City: Aurora, IL 60504
Phone:

**Judgment Creditor/Creditor's Attorney:**

Name: Coston & Rademacher
Address: 105 W. Adams, Suite 1400
City: Chicago, IL 60603
Phone: (312) 205-1010

Judgment in the amount of $ 112,922.92

Name of person receiving citation: Cornelio Simos, Sr.

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.
THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest not to exceed $750 in value, in any implements professional books, or tools of the trade of the debtor.
(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(OVER)

(Rev. 11/18/93) CCG-5

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KEY EQUIPMENT FINANCE INC.

SIMOS CARTAGE CO., INC., et al

No.   02 CV 6779

Honorable Judge Milton I. Shadur

### SECOND ALIAS CITATION TO DISCOVER ASSETS

To:  Cornelio Simos, Sr.
     2260 Lakeside Drive
     Aurora, IL 60504

**YOU ARE COMMANDED** to appear before the Law Offices of Coston & Rademacher in Suite 1400, 105 W. Adams, Chicago, Illinois, 60603 on May 8, 20 08, at 2:00 p. m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment. A judgment against SIMOS CARTAGE CO., INC. and CORNELIUS SIMOS, individually, and CORNELIO SIMOS, SR., individually, was entered on March 5 2008 and $ 112,922.92 remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination: all evidence of ownership of property, whether real or personal, including but not limited to current checking and savings account bank statements, federal income tax returns for the years 2005, 2006, and 2007 checking and savings account bank statements for the last six months and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $ 112,922.92
2. Name of the Court The United States District Court for the Northern District of Illinois
3. Case #  07 CV 6779

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

_(Signature of Attorney)_

Name     Maysoun B. Iqal/Coston & Rademacher
Address   105 W. Adams, Suite 1400
City, State, Zip  Chicago, IL 60603
Telephone  (312) 205-1010

Date:_____, 2008

Deputy Clerk:_____

Michael W. Dobbins, Clerk of the Court

**CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

## RIDER TO CITATION TO DISCOVER ASSETS:

**YOU ARE COMMANDED TO PRODUCE AT THE EXAMINATION THE FOLLOWING DOCUMENTS:**

Any and all Financial Statements and loan applications filled out by CORNELIO SIMOS, SR., for any purpose during the last three (3) years.

Federal and State income tax returns for the past four (4) years for CORNELIO SIMOS, SR.

All records of savings and checking accounts, Certificates of Deposit, Safe Deposit boxes, Land Trusts, Inter Vivos Trusts, Loans, Mortgages, Trust Deeds, Annuities, negotiable and non-negotiable instruments in which CORNELIO SIMOS, SR. has an interest.

A copy of all loans, leases, security agreements, finance agreements and other documents on which CORNELIO SIMOS, SR. is an obligor, borrower, or guarantor.

An itemization of and all books, records, applications and documents reflecting the assets and liabilities of CORNELIO SIMOS, SR. Said command shall include but is not limited to real property, houses, land, personal property, automobiles, stocks, motorcycles, planes, boats, machinery, construction equipment, tools, electronic equipment, artwork vehicles, and animals for income or hobby purposes.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. )<br>)<br>Plaintiff, )<br>) CASE NO.  07-CV-6779<br>)<br>v. )<br>)<br>SIMOS CARTAGE CO., INC. and )<br>CORNELIUS SIMOS, individually and )<br>CORNELIO SIMOS, Sr. individually )<br>)<br>Defendants. ) | |

## ORDER ON DEFAULT JUDGMENT

This cause coming to be heard upon Plaintiff's Motion for Default Judgment, and the Court being fully advised in the premises and having considered Plaintiff's Complaint and the Affidavit of Plaintiff's Counsel as to fees and costs, and the Court having found that Defendants were served with Summons and Complaint or waived service in the above-captioned matter and that said Defendants have failed to file an Answer or other responsive pleading to the Complaint;

IT IS THEREFORE HEREBY ORDERED AND ADJUDGED THAT:

1. Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, be and hereby are, held to be in default;

2. The Court finds the issues in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, and Plaintiff's Damages are hereby assessed at $108,011.22, plus $4,005.25 in fees and $906.45 in costs, for a total of $112,922.92.

3.  Judgment is hereby entered in favor of Plaintiff KEY EQUIPMENT FINANCE INC., and against Defendants SIMOS CARTAGE CO., INC., CORNELIUS SIMOS, individually and CORNELIO SIMOS SR., individually, individually, for the sum of $112,922.92; and

4.  The Court finds that there is no just reason for delaying either enforcement or appeal or both.

IT IS SO ORDERED this ___5th___ day of March, 2008.

_____
MILTON I. SHADUR, JUDGE
UNITED STATES DISTRICT COURT


Respectfully Submitted by:

/s/ Maysoun B. Iqal
Maysoun Iqal, NDIL 005855
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010

# AFFIDAVIT OF SPECIAL PROCESS SERVER

**Key Equipment** vs. **Simos Cartage etd** Case No. # **07CV6779**
Plaintiff/Petitioner / Defendant/Respondent

Being duly sworn on my oath, I **Anthony O'Toland** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

## SERVICE

served **Cornelio Simos SR.**
NAME OF PERSON/ENTITY BEING SERVED

## DOCUMENTS **Citation To Discover Assets AND Notice**

by serving (NAME) **Mrs. Simos Wife**
[X] Home **2260 Lakeside Dr. Aurora, Il.**
[ ] Business _____
[X] on (DATE) **5-4-08** at (TIME) **8:40 a.m.**

Thereafter copies of the documents were mailed by prepaid first class mail on (DATE) **5-5-08**
from (CITY) **Chg** (STATE) **Il**

## MANNER OF SERVICE

[ ] By Personal Service.
[ ] By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
[X] By leaving copies at the usual place of abode of the person being served, with a member of the family of suitable age and explaining the general nature of the papers, namely **Mrs. Simos.**
[ ] By posting copies in a conspicuous manner to the address of the person/entity being served.

## NON-SERVICE

After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s): _____

## SERVICE ATTEMPTS

Service was attempted on: ( ) _____ ( ) _____ ( ) _____
DATE TIME / DATE TIME / DATE TIME
( ) _____ ( ) _____ ( ) _____
DATE TIME / DATE TIME / DATE TIME

## PHYSICAL DESCRIPTION

[ ] Male  [X] Female
RACE **Oriental**  AGE **65**  HEIGHT **5-3**  WEIGHT **160**  HAIR **Black**

State of Illinois   County of Cook

Subscribed and sworn to before me
Notary public, this **5** day of **May** 20 **08**

*"OFFICIAL SEAL"*
MICHELLE YANOFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/2/2010

_Michelle_ [signature]          [signature]
NOTARY PUBLIC                   SERVED BY