.UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. )<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>SIMOS CARTAGE CO., INC. and )<br>CORNELIUS SIMOS, individually and )<br>CORNELIO SIMOS, Sr. individually )<br>)<br>**Defendants.** ) | CASE NO.   07-CV-6779 |

## NOTICE OF MOTION

TO:   Cornelio Simos, Sr.
2260 Lakeside Drive
Aurora, IL 60504

**PLEASE TAKE NOTICE THAT** on the 21st day of May, 2008, at 9:15 o'clock a.m., we shall appear before the Judge presiding in Room 2303 at the United States District Court, Northern District of Illinois Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present *Plaintiff's Motion for Rule to Show Cause*, a copy of which is attached.

## CERTIFICATE OF MAILING

I, Maysoun Iqal, an attorney, certify that I served a copy of this notice and the above-referenced document on the person(s) to whom it is directed, at the address(es) shown above, by placing same in the U.S. Mail depository at 105 W. Adams, Chicago, IL 60603, at or before 5:00 p.m. on the ___ day of May, 2008, with proper postage prepaid.

/s/ Maysoun Iqal
Maysoun Iqal

Patricia E. Rademacher
Maysoun Iqal
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010
W:\6914 Key Equipment Finance Inc\18244 Simos Cartage Co\Pleadings\Motion02.RSC.doc