# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6779 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Key Equipment Finance Inc. Vs. Simos Cartage Co., Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for a rule to show cause (25-1) is granted. Enter Order on motion for rule to show cause. It is ordered that Cornelis Simos, Sr. Is ordered to appear May 29, 2008 at 9:15 a.m. to show cause why he should not be held in contempt of Court.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|