
# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6779 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Key Equipment Finance Inc. Vs. Simos Cartage Co., Inc. | | |

**DOCKET ENTRY TEXT**

Enter Amended Order on Motion for Rule to Show Cause.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|