MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC.   )<br>                                               )<br>     Plaintiff,          )<br>                                             )     CASE NO.   07-CV-6779<br>v.                                        )<br>                                           )<br>SIMOS CARTAGE CO., INC. and   )<br>CORNELIUS SIMOS, individually and   )<br>CORNELIO SIMOS, Sr. individually   )<br>                                           )<br>     Defendants.      )| |

## AMENDED ORDER ON MOTION FOR RULE TO SHOW CAUSE

This cause coming to be heard upon Plaintiff's Motion for Rule to Show Cause, and due notice having been given to all parties entitled thereto and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED** and that CORNELIO SIMOS, SR. is ordered and directed to personally appear before the Honorable Milton I. Shadur or such other Judge sitting in his place and stead in Courtroom 2303 on May 29, 2008 at 9:15 a.m. and then and there show cause as to why he should not be held in contempt of Court for his failure to comply with the Citation to Discover Assets served on him by substitute service and first class mail on May 4, 2008 at 8:40 a.m.

IT IS SO ORDERED this __23__ day of May, 2008.
nunc pro tunc May 21, 2008

_____
MILTON I. SHADUR, JUDGE
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

/s/ Maysoun B. Iqal
Maysoun B. Iqal, NDIL 005855
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010